WILLIAM S. PECK and others, *Appellants, v.* ORRIN C. PARKER, *Respondent.*— Order affirmed, with ten dollars costs and disbursements. Opinion by SMITH, P. J.

EDWIN C. BUTTS, *Respondent, v.* THE VILLAGE OF LOWVILLE, *Appellant.* — Judgment and order affirmed. Opinion by SMITH, P. J.

CHRISTIAN PFEIFFER and others, *Appellants, v.* PATRICK MOORE and others, *Respondents.*— Judgment affirmed, with costs. Opinion by SMITH, P. J.

MARTIN S. CUYKENDALL, *as Receiver, etc., Respondent, v.* PETER HOOD, *Appellant.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by SMITH, P. J.

SAMUEL L. JONES, *Appellant, v.* GEORGE B. DUSENBERRE, *Respondent.* — Judgment reversed and new trial ordered, with costs to abide the event. Opinion by HARDIN, J.; SMITH, P. J., not voting.

HARRIS ANDREWS, *Respondent, v.* AMASA MILES and ASA MILES, *Appellants.* — Judgment and order affirmed as to Amasa Miles, and reversed as to Asa Miles, and new trial ordered in Ontario County Court, with costs to abide the event. Opinion by HARDIN, J.

JOHN DELMERS, *Respondent, v.* GEORGE BROWN, *Appellant.* — Judgment affirmed, with costs. Opinion by HARDIN, J.

OLIVER FRENCH, *Respondent, v.* HARLOW C. LE ROY, *Appellant.* — Judgment affirmed, with costs. Opinion by HARDIN, J.

MYRON PARDEE, *Respondent, v.* SAMUEL C. KENNEDY and others, *Appellants.* — Judgment reversed and a new trial ordered before another referee, with costs to abide event. Opinion by HARDIN, J.

AUGUST SIEGRIST, *Respondent, v.* EDWARD W. EVERSON, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.

HANNAH S. LAMBERT and others, *Appellants, v* EBEN C. SPRAGUE and others, *Respondents.* — Judgment affirmed, with costs. Opinion by HARDIN, J.

ABRAHAM ALTMAN, *Respondent, v.* MYRON P. BUSH, *Appellant, Impleaded, etc.* — Judgment reversed and a new trial ordered, with costs to abide event. Opinion by HARDIN, J.

HORACE SMITH et al., *Appellants, v.* THE CITY OF ROCHESTER, *Respondent.*— Judgment affirmed, with costs on the opinion of RUMSEY, J. (See, also, *Black River Improvement Co. v. La Crosse Brewery Co.,* Opin. of TAYLOR, J., 25 Alb. L. J., 458.)

RICHARD BULLYMORE, *Respondent, v.* WILLIAM R. SEWARD, BURRELL SPENCER, et al., *Appellants.*— Judgment and order affirmed, with costs. Opinion by HARDIN, J.